IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE TROOPERS ASSOCIATION and BRUCE A. EDWARDS,** : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE POLICE and COLONEL JEFFERY B. MILLER,** : <br> : <br> Defendants : | **CIVIL ACTION NO. 1:06-CV-1079** <br><br> **(Judge Conner)** |

## ORDER

AND NOW, this 23rd day of August, 2006, upon consideration of the motion to dismiss the original complaint (Doc. 4), and it appearing that plaintiffs have filed an amended complaint (see Doc. 7), see FED. R. CIV. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."), and that the amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that motion to dismiss (Doc. 4) is DENIED as moot.

                                                               S/ Christopher C. Conner
                                                            CHRISTOPHER C. CONNER
                                                            United States District Judge