**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENNSYLVANIA STATE** | : | **CIVIL ACTION NO. 1:06-CV-1079** |
| **TROOPERS ASSOCIATION and** | : | |
| **BRUCE A. EDWARDS**, | : | **(Judge Conner)** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COLONEL JEFFREY B. MILLER,** | : | |
| **individually and in his official capacity** | : | |
| **as Commissioner of the** | : | |
| **Pennsylvania State Police,** | : | |
| | : | |
| **Defendant** | : | |

## INJUNCTION

AND NOW, this 30th day of September, 2008, upon consideration of the

memorandum and order of court (Doc. 55), enter on the date hereof, which granted

declaratory and injunctive relief in favor of plaintiffs Pennsylvania State Troopers

Association and Bruce A. Edwards (collectively "PSTA"), and, for the reasons set

forth therein, it is hereby ORDERED that:

1. Defendant Colonel Jeffrey B. Miller, individually and in his official capacity as Commissioner of the Pennsylvania State Police is ENJOINED from further enforcement of the illness notification clause contained in Pennsylvania State Police Field Regulation ("FR") 1-2.11(A).

2. For purposes of this order, the illness reporting clause of FR 1-2.11(A) is defined as that language which reads as follows: "of the nature of the injury or illness." Nothing contained herein prevents the continued enforcement of any other provision of FR 1-2.11(A).

3.     This injunction shall take effect thirty days from the date hereof.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge